To The Honorable Judge

I pray that you'll please have this complaint. filed a served to the Delvalle Tcc Jail. in which to form them that I Cedric Lashawn Roberts is filing a civil Law suite against them for the wrong doing of a assault that was brought upon me by office Abia. on 4-26-2024 which I was sent to the hosptil

Thank you

Sincerely
Cedric Roberts

Cedric Roberts 2408403
TCCC
3614 Bill Price Rd
Dellealle  TX 78617

TArget for 120

Roberts, Cedrick LAShaun

Mental and physical pain.

Please sear a copy to the Judge and to the Jui and District A's]a under B]a Fed guideline

Pain and suffering

To the Honorable Judge of This County Federal Court. I Cedric Lashawn Roberts ask that This clerk file this informal complaint against Del Valle Jail guard. Officer Abia and the complex. it's self for assaulting me with a weapon. Sandy me to the hospital 4-26-24 with Right upper body swell